# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

139927

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVE LINTON and MARILYN LINTON,
            Plaintiff-Appellees,

v                                                            SC: 139927
                                                             COA: 286635
                                                             Arenac CC: 04-009082-CZ
ARENAC COUNTY ROAD COMMISSION,
            Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the September 22, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

0125

_____
                Clerk